**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| **CHRISTINA MONTALVO,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**FAIRLIFE, LLC and THE COCA-COLA COMPANY,**<br><br>Defendant. | Civil Action No. 1:26-cv-04278-LMM |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Christina Montalvo by and through her undersigned counsel of record, hereby dismisses her individual claims brought in the above-captioned action, without prejudice, with each party to bear its own fees and expenses.

DATED: September 17, 2026

Respectfully submitted,

*/s/ Casondra Turner*

Casondra Turner (GA Bar No. 418426)
**MILBERG, PLLC**
260 Peachtree Street NW, Suite 2200
Atlanta, GA 30303
Tel: (771) 772-3086
cturner@milberg.com

Tyler J. Bean (admitted pro hac vice)
Kennedy M. Brian (admitted pro hac vice)
**SIRI & GLIMSTAD LLP**
101 Park Avenue
Suite 1300, #16982799
Oklahoma City, OK 73102
Tel: (212) 532-1091
E: tbean@sirillp.com
E: kbrian@sirillp.com

**Attorneys for Plaintiff and the Putative Class**

**CERTIFICATE OF SERVICE**

I, Casondra Turner hereby certify that on September 17, 2026, a true and correct above and foregoing *Notice of Voluntary Dismissal Without Prejudice* has been sent filed and served via the Court's ECF system.

*/s/ Casondra Turner*
Casondra Turner